UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR.)

| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | ) | **Criminal Case No. 07cr2002-GT** |
| **Plaintiff** | ) | **ORDER** |
| v. | ) | |
| **JOSE ALBERTO TOVAR-DE LA TORRE** | ) | |
| **Defendant** | ) | |

Good cause appearing, the parties' joint motion to continue the sentence hearing is granted..

IT IS HEREBY ORDERED the Sentencing Date set for November 8, 2007, at 9:00 a.m. to December 10, 2007 at 9:00 a.m.

Mr. Tovar is in custody.

**SO ORDERED.**

Dated: 9-28-07

GORDON THOMPSON, JR.

UNITED STATES DISTRICT COURT JUDGE